MISTY MARRIS
MMARRIS@GRSM.COM

HANNAH KUCINE
HKUCINE@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA,
28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

March 29, 2023

**VIA ECF**

The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      **Re:**   *Lucifer Davenport et al. v. Sollis Health, P.C., et al.*
              Case No. 1:22-cv-05753

Dear Judge Aaron:

      We represent defendant Prestige Employee Administrators LLC ("Prestige") in the above-referenced action. We write pursuant to Your Honor's Rule I(D) to request a first extension of thirty (30) days for Prestige to answer, move, or otherwise respond to the complaint. We were retained today to represent Prestige, and this extension will allow the undersigned adequate time to investigate the claims and prepare an appropriate response.

      Accordingly, we respectfully request the Court extend Prestige's time to answer, move, or otherwise respond to the complaint by thirty (30) days from the date of such order. The current deadline for Prestige's response is March 29, 2023. This is Prestige's first request for such relief and the plaintiff has neither consented to nor denied consent for this request. Considering the undersigned's recent retention, consent was not requested from the plaintiff in order to ensure that Prestige could file this request with the Court prior to the expiration of Prestige's current deadline.

      We thank the Court for its consideration of this request.

                                     Respectfully submitted,

                                     GORDON & REES, LLP

                                   /s/ *Misty Marris*
                                   Misty Marris
                                   Hannah Kucine

cc: All Counsel of Record (*via* ECF)