MISTY MARRIS
MMARRIS@GRSM.COM

HANNAH KUCINE
HKUCINE@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA,
28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

April 27, 2023

<u>VIA ECF</u>
The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

          Re:    *Lucifer Davenport et al. v. Sollis Health, P.C., et al.*
                 <u>Case No. 1:22-cv-05753</u>

Dear Judge Aaron:

      We represent defendant Prestige Employee Administrators LLC ("Prestige") in the above-referenced action. With plaintiff's consent, we write pursuant to Your Honor's Rule I(D) to request a second extension of thirty (30) days for Prestige to answer, move, or otherwise respond to the complaint. This request permits us time to have discussions with plaintiff's counsel regarding a possible non-litigation resolution.

      Accordingly, we respectfully request the Court extend Prestige's time to answer, move, or otherwise respond to the complaint by thirty (30) days from the date of such order. The current deadline for Prestige's response is May 1, 2023. This is Prestige's second request for such relief and, as noted above, it is made with the plaintiff's consent. Prestige's first request for such relief was granted.

      We thank the Court for its consideration of this request.

                                                Respectfully submitted,

                                                GORDON & REES, LLP

                                                <u>/s/ *Misty Marris*</u>
                                                Misty Marris
                                                Hannah Kucine

cc: All Counsel of Record (*via* ECF)