

**MEMO ENDORSED**

New York
Times Square Tower
7 Times Square
Suite 4300
New York, NY 10036
(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9985

**Writer's E-mail:**
jreiter@fisherphillips.com

August 29, 2023

**Via ECF**
Honorable Jessica G.L. Clarke, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:   *Davenport v. Sollis Health, P.C. et al.*
      Civil Action No. 22-cv-05753 (JGLC)

Dear Judge Clarke:

     We represent Defendants Sollis Health, P.C., Sollis Health LA, P.C. and Priority Medical Care, P.C. in the above referenced action. This letter is being sent on behalf of all parties, as Plaintiff's counsel has reviewed and joins in this letter. On August 28, 2023, mediation was held. While the Parties did not reach an agreement at mediation, negotiations remain ongoing, and the Parties hope to determine whether the matter will be resolved by the end of the week. Accordingly, the Parties jointly request that their deadline to submit the joint letter (ECF Dkt. No. 31) be extended from August 30, 2023 until September 8, 2023. This is the Parties' first request for an extension of this deadline, and will not affect any other scheduled dates in connection with the above-captioned action.

     Thank you for your consideration of this request.

Respectfully submitted,

*s/ Justin Reiter*

Justin Reiter
For FISHER & PHILLIPS LLP

cc:   Counsel of record (via ECF)

---

Application GRANTED. The parties joint letter is hereby due September 8, 2023.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 30, 2023
     New York, New York