# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

October 3, 2023

*Via ECF*
Hon. Jessica G. L. Clarke, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312



Re:  *Davenport v. Sollis Health, P.C. et al*
     **Case No.: 1:22-cv-05753-JGLC**

Dear Honorable Judge Clarke:

This law firm represents Plaintiff Lucifer Davenport (the "Plaintiff") in the above-referenced matter. This letter is submitted jointly with Defendants Priority Private Medical Care, P.C., Sollis Health LA, P.C., A Medical Corporation, and Sollis Health, P.C. (collectively, the "Defendants").

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of time to respond to Your Honor's September 5, 2023 Order [Dckt. No. 35] from October 5, 2023 to, through and including, October 31, 2023.

This is the first request of its nature. If granted, this request would not affect any other scheduled Court deadlines.

The basis for the request is that the parties are still finalizing the necessary paperwork to consummate the disposition of the above-referenced action. The parties anticipate being in a position to finalize the necessary materials on or before October 31, 2023.

We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Jason Mizrahi*
     Jason Mizrahi
     60 East 42nd Street, Suite 4700
     New York, New York 10165
     Tel. No.:  (212) 792-0048
     Email: Jason@levinepstein.com
     *Attorneys for Plaintiff*

Application GRANTED. The parties' deadline to respond to the Court's September 5, 2023 order is extended to **October 31, 2023.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 36.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 4, 2023
       New York, New York

1

VIA ECF: All Counsel