UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Lucifer Davenport, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                                  *Plaintiff*,

    - against -

Sollis Health, P.C., Sollis Health LA, P.C. A Medical Corporation, and Priority Private Medical Care, P.C.,

                                  *Defendants*.
----------------------------------------------------------------X

Case No.: 22-cv-05753

**FED.R.CIV.P. 68 JUDGMENT**

      WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Sollis Health, P.C., Sollis Health LA, P.C. A Medical Corporation, and Priority Private Medical Care, P.C. (the "Defendants"), having offered to allow Plaintiff Lucifer Davenport ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Twenty Thousand Dollars and Zero Cents ($20,000.00), payable as follows:

1. A payment in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00) on or before October 20, 2023.

      WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment equal to the Judgment Amount, together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default

      ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $20,000.00 as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____ _____, 2023
          New York, New York

                                                          SO ORDERED:

                                                          _____